ELECTRONICALLY FILED
3/20/2017 4:15 PM
30-CV-2017-900048.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| WENDELL WARD and RONDA S. WARD | * * * |
| PLAINTIFFS, | * * |
| VS. | * *   CASE NO.: _____ |
| ALEC DANIEL KOTROUS and AMEC FOSTER WHEELER E & C SERVICES, INC.; JOHN DOE; RICHARD ROE; ABC; CDE; FGH, LTD.; IJK, LTD.; LMN CORP.; R; S; T; U; V; W; X; Y AND Z. | * * *   DIVISION NO.: _____ * * * * |
| DEFENDANTS. | * |

## COMPLAINT

Comes now the Plaintiffs, Wendell Ward and Ronda S. Ward, and file their complaint:

### The Parties

1. Plaintiffs, Wendell ward and Ronda S. Ward, are of legal age and residents of Escambia County, Alabama.

2. Defendant Alec Daniel Kotrous is alleged to be a resident of Bay County, Florida.

3. Defendant Amec Foster Wheeler E & C Services, Inc. at all times material hereto, was a corporation organized and existing under the laws of the State of Georgia with its principal place of business located in Decatur, Georgia but at all times material and doing business in Escambia County, Alabama.

4. Defendants John Doe, Richard Roe, ABC, CDE, FGH, Ltd.; IJK, Ltd.; LMN Corp.; OPQ Corp.; R; S; T; U; V; W; X; Y and Z, whose names are otherwise unknown to the Plaintiffs, are individuals, general partnerships, limited partnerships, corporations or other legal entities who were responsible for the acts complained of herein and who were on October 13,


EXHIBIT 1

2015 doing business in Escambia County, Alabama.

## The Facts

5. The Plaintiff adopts, realleges and incorporates by reference each and every allegations set out in Paragraphs 1 through 4, fully set out herein.

6. The Plaintiff, Wendell Ward, was an employee of Georgia Pacific and was operating a vehicle at or near the Georgia Pacific Mill in Brewton, Alabama.

7. The Defendant Alec Daniel Kotrous, who was an employee of Amec Foster Wheeler E&C services, Inc. while operating a JCB TY 11b lull owned by Amec Foster Wheeler E&C services, Inc., (hereinafter "Amec") while acting within the line and scope of his employment, collided with the vehicle owned and operated by the Plaintiff, Wendell Ward.

8. That the Defendant operated said lull with his vision impaired and without a spotter.

## COUNT ONE

9. The Plaintiffs adopt, reallege and incorporate by reference each and every allegation set out in Paragraphs 1 through 7 as though fully set out herein.

10. On or about October 13, 2015, Defendant Alec Kotrous, an employee of Amec Foster Wheeler E&C services, Inc. while operating a JCB TY 11b lull owned by Amec Foster Wheeler E&C services, Inc., and while acting in the line of scope of his employment, negligently collided into a vehicle owned and operated by the Plaintiff, Wendell Ward.

11. As a proximate result of the Defendant's said negligence, the Plaintiff Wendell Ward suffered the following injuries:

    a. Plaintiff suffered a fracture to his neck and damage to his arm and back.

    b. Plaintiff, as a proximate result of Defendant's said conduct, was caused to

incur expense for medicine, physicians' fees and hospital charges. Further, Plaintiff will continue to incur such expenses in the future.

    c. Plaintiff, as a proximate result of the Defendant's said conduct as caused to lose wages, further, Plaintiff will continue in the future to be caused to lose wage.

    d. Plaintiff suffered great pain and suffering from said injuries caused by the Defendant.

    e. Plaintiff's vehicle was damaged and rendered less in value in that forks of JCB TY llb lull pierced the Plaintiff's vehicle on the driver's side causing substantial damage.

WHEREFORE, Plaintiffs demand judgment against Defendants in excess of the minimum jurisdictional amount of this Court and to be determined by a jury, plus attorney's fees and costs.

## COUNT TWO

12. The Plaintiff adopts, realleges and incorporates by reference each and every allegation set out in Paragraphs 1 through 10 as though fully set out herein.

13. On or about October 13, 2015, Defendant Alec Kotrous, and employee of Amec while operating a JCB TY 11b lull owned by Amec while acting in the line of scope of his employment, wantonly collided into a vehicle owned and operated by the Plaintiff, Wendell Ward.

14. As a proximate result of the Defendant's said wantonness, the Plaintiff Wendell Ward suffered the following injuries:

    a. Plaintiff suffered a fracture to his neck and damage to his arm and back.

    b. Plaintiff, as a proximate result of Defendant's said conduct, was caused to incur expense for medicine, physicians' fees and hospital charges. Further, Plaintiff will

continue to incur such expenses in the future.

  c. Plaintiff, as a proximate result of the Defendant's said conduct as caused to lose wages, further, Plaintiff will continue in the future to be caused to lose wage.

  d. Plaintiff suffered great pain and suffering from said injuries caused by the Defendant.

  e. Plaintiff's vehicle was damaged and rendered less in value in that forks of JCB TY llb lull pierced the Plaintiff's vehicle on the driver's side causing substantial damage.

## COUNT THREE
## NEGLIGENT/WANTON HIRING, TRAINING OR SUPERVISION

15. The Plaintiff Wendell Ward incorporates herein by reference the allegations of Paragraphs 1 through 13 of this Complaint.

16. The Defendant, Amec negligently and/or wantonly hired, trained, and/or supervised Alec Daniel Kotrous.

17. The Defendant Alec Daniel Kotrous was, on October 13, 2015, an incompetent driver and said incompetence did cause the Defendants' motor vehicle to collide with Plaintiff's vehicle.

18. As a proximate result of the Defendant Alec Daniel Kotrous' incompetence, Plaintiff, Wendell Ward, was caused to suffer the following injuries and damages: he was physically injured; he sustained injuries to his neck and back; he has incurred and medical expenses in and about the treatment of these injuries; in addition, he suffered and continues to suffer great physical pain and discomfort; he is likely to continue to incur physical pain in the future; all is a

proximate consequence of the injuries inflicted upon him by the Defendants aforesaid, for all which the Plaintiff demands damages.

19. Defendant Amec knew or reasonably should have known of Alec Daniel Kotrous' incompetence as a driver and is vicariously liable for the negligent and/or wanton conduct of Alec Daniel Kotrous.

20. The Plaintiff, Wendell Ward, claims punitive damages of the Defendant Amec.

WHEREFORE, Plaintiff demands judgment against Defendants for compensatory and punitive damages in the amount that will be fair, equitable, and just and in excess of the jurisdictional amount required to file a case in this Court, all to be determined by a jury.

## COUNT FOUR
## NEGLIGENT/WANTON ENTRUSTMENT

21. The Plaintiff Wendell Ward incorporates herein by reference the allegations of Paragraphs 1 through 19 of this Complaint.

22. The Defendant Amec negligently and/or wantonly entrusted the motor vehicle to Alec Daniel Kotrous.

23. The Defendant Alec Daniel Kotrous was, on October 13, 2015, an incompetent driver and said incompetence did cause the Defendants' motor vehicle to collide with Plaintiff's vehicle.

24. As a proximate result of the Defendant Alec Daniel Kotrous' incompetence, Plaintiff, Wendell Ward, was caused to suffer the following injuries and damages: he was physically injured; he sustained injuries to his neck and back; he has incurred and medical expenses in and about the treatment of these injuries; in addition, he suffered and continues to suffer great physical pain and discomfort; he is likely to continue to incur physical pain in the future; all is a

proximate consequence of the injuries inflicted upon him by the Defendants aforesaid, for all which the Plaintiff demands damages.

25. Defendant Amec knew or reasonably should have known of Alec Daniel Kotrous' incompetence as a driver and is vicariously liable for the negligent and/or wanton conduct of Alec Daniel Kotrous.

26. The Plaintiff, Wendell Ward, claims punitive damages of the Defendant Amec Foster Wheeler E & C Services, Inc.

WHEREFORE, Plaintiff demands judgment against Defendants for compensatory and punitive damages in the amount that will be fair, equitable, and just and in excess of the jurisdictional amount required to file a case in this Court, all to be determined by a jury.

## COUNT FIVE

27. The Plaintiff Ronda S. Ward adopts, realleges and incorporates by reference each and every allegation set out in Paragraphs 1 through 25 as fully set out herein.

28. As a proximate result of Defendant, Alec Daniel Kotrous, said negligence/wantonness and Amec's negligent entrustment; negligent or wantonness hiring, training, or supervision, the Plaintiff Ronda S. Ward was caused to lose the consortium and society of the Plaintiff's spouse Wendell Ward.

29. Plaintiff claims punitive damage of the Defendants because of the Defendants' said wanton conduct.

WHEREFORE, Plaintiff demands judgment against all Defendants in excess of the minimum jurisdictional amount of this Court and to be determined by a jury, plus attorney's fees and costs.

_____
Wendell Ward

_____
Ronda S. Ward

STATE OF ALABAMA )
ESCAMBIA COUNTY )

Before the undersigned authority this day personally appeared Wendell Ward and Ronda S. Ward, who, being by the undersigned first duly sworn, deposes and says that they, as Plaintiffs in the foregoing Complaint, state and aver that the allegations contained therein are true and correct to the best of their knowledge and belief.

_____
Wendell Ward

_____
Ronda S. Ward

Sworn to and subscribed before me this the 17th day of March, 2017.

_____
Notary Public

OF COUNSEL:

<u>s/Michael D. Godwin</u>
Michael D. Godwin (GOD003)
<u>s/James Eric Coale</u>
James Eric Coale (COA005)
<u>s/Jeffrey T. Stearns</u>
Jeffrey T. Stearns (STE107)
Otts, Moore, Coale, Godwin, Stearns
    & Darby
P.O. Box 467
Brewton, Alabama 36427
(251)867-7724


## <u>THE PLAINTIFFS DEMAND A JURY TRIAL ON ALL ISSUES TRIABLE BY A JURY</u>

**DEFENDANTS TO BE SERVED BY CERTIFIED MAIL:**

**Alec Daniel Kotrous**
**1214 Emory Drive**
**Panama City, Florida 32405**

**Amec Foster Wheeler E & C Services, Inc.**
**CT Corporation System**
**2 North Jackson Street, Ste. 605**
**Montgomery, Alabama 36104**

ELECTRONICALLY FILED
3/21/2017 8:04 AM
30-CV-2017-900048.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY

WENDELL WARD §

RONDA S. WARD
  PLAINTIFF(S)

CASE NO: CV-2017-900048
DIVISION: II

vs. §

ALEC DANIEL KOTROUS

AMEC FOSTER WHEELER E&C SERVICES, INC.
  DEFENDANT(S),

Bert W. Rice, Division I
J. David Jordan, Division II

## GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedures, it is ORDERED by the Court that the following will apply:

1. **PRODUCTION OF TRIAL EXHIBITS:** Within a reasonable time prior to trial, each party shall make available to all other parties all documents, exhibits, and physical evidence expected to be used at trial. All such documents, evidence and exhibits shall be deemed authenticated and admitted into evidence without further proof unless written objections are made to the Court within a reasonable time thereafter and before trial specifying the grounds of objection.

    (a) Documents, exhibits or physical evidence which are not exhibited to other parties in a timely fashion prior to trial may not be offered in evidence at the trial unless the ends of justice so require.

    (b) All documents, exhibits or physical evidence shall be presented to the Court Reporter prior to trial for marking and counsel shall prepare a list of said exhibits for the Court Reporter.

2. **MEDICAL BILLS:** If applicable, all doctor, medical and hospital bills (or a list thereof) shall be made available to all parties within a reasonable time prior to trial and shall be admitted into evidence as reasonable and necessary without further proof, unless written objections to such bills be made to the Court within a reasonable time prior to trial specifying the grounds for objection.

    (a) Any such medical bills which are not exhibited to the other parties in a timely fashion prior to trial may not be offered in evidence at the trial unless the ends of justice so require.

    (b) All doctor, medical and hospital bills shall be presented to the Court Reporter prior to trial for marking and counsel shall prepare a list of said exhibits for the Court Reporter.

3. **WAIVER:** With respect to paragraphs 1 and 2 above, it shall be the duty of counsel to confer with opposing counsel at a reasonable time prior to trial in order to make arrangements to inspect such documents, exhibits and physical evidence and failure of counsel to so confer shall constitute a waiver of objection to admissibility.

4. **SPECIAL DAMAGES:** All parties seeking special damages shall furnish all other parties and the Court with a list of these special damages within a reasonable time prior to trial. Written objections to these special damages should be made to the Court within a reasonable time prior to trial and should specify the grounds of objection.

    (a) Any special damages which are not submitted to the other parties in a timely fashion prior to trial may not be claimed or evidence offered with respect thereto at trial unless the ends of justice so require.

5. **ADMISSIONS:** Unless objected to in writing a reasonable time prior to trial, agency and the time and place of the incident complained of are admitted and all parties shall be deemed correctly named and designated. Written objections to these admissions shall specify the grounds of objection.

6. **EXPERTS:** Unless previously obtained by discovery, each party shall furnish to all other parties the names, address and qualifications of all expert witnesses expected to testify together with a brief summary of the opinions and conclusions of such experts. Counsel for the parties shall comply with this provision within a reasonable time prior to trial and objections to the qualification of such witnesses as experts should be made in writing within a reasonable time prior to trial.

7. **DISCOVERY**: All discovery should be completed no later than thirty (30) days prior to the date of trial. Any requests for discovery within thirty (30) days prior to the date of the trial must be made in writing to the Court and performed only with the Court's approval.

    (a) Interrogatories, Requests for Production, Requests for Admissions and Responses Thereto, and Notices of Depositions shall be served in accordance with Rule 5(d) of ARCP, but shall not be filed with the Clerk except upon Order of the Court or for use at trial or in connection with motions. The party responsible for service of the discovery material shall retain the original and become custodian.

    (b) No depositions shall be filed with the Clerk unless the Court directs otherwise, or unless in support of or in opposition to a motion. Counsel who notices a deposition shall be the custodian of the deposition and shall maintain the original for filing if the Court so directs.

    (c) If discovery materials are germane to any motion or response, only the relevant material shall be filed with the motion or response.

    (d) Whenever any discovery material (request, response, notice) is served, counsel shall contemporaneously deliver to the Clerk a notice identifying the date of service and the nature of the material shall be maintained by the Clerk with the civil action file but will not be docketed.

    (e) During the pendency of any case the custodian of any discovery material shall provide to counsel for all other parties reasonable access to the material and an opportunity to duplicate the material at the expense of the copying party, and any other person may, with leave of Court, obtain a copy of any discovery material from its custodian upon payment of the expense of the copy.

    (f) This Order shall not apply to any depositions taken before the Clerk or a Commissioner appointed by the Clerk for use in an action for dissolution of marriage.

8. **JURY CHARGE**: Written requested jury charges shall be typed, numbered and shall designate the party requesting the same. Legal authority for each requested charge shall be clearly noted. Failure to cite legal authority for any charge may result in the same being considered an original charge without legal authority to substantiate it. All charges shall be submitted to the Court no later than the close of the plaintiff's case-in-chief, but the same may be supplemented during the course of the trial on matters that could not reasonably be anticipated.

9. **JURY SELECTION**: Prior to the commencement of trial and out of the hearing of the jury panel, the parties shall provide to the Court the full name of any insurance company upon which voir dire is required or requested. All voir dire questions shall be put in writing and submitted to the Court prior to voir dire.

10. **DUTY TO SUPPLEMENT**: Responses required to be made under the terms of this order shall be amended or supplemented as necessary to maintain their completeness and accuracy.

11. **MOTIONS**: All motions for summary judgment and other dispositive motions shall be filed and argued no later than 30 days prior to the day upon which the case is schedule for trial.

All other motions, including motions in limine, shall be filed and argued no later than ten (10) days prior to the day upon which the case is scheduled for trial.

It is further ORDERED that the Court will reconsider any portion of this Order upon the timely application of any party.

DONE AND ORDERED this ___21st___ day of _____March_____, 20_17_.

                                            _____ Division I
                                            Bert W. Rice, Circuit Judge

                                            _____ Division II
                                            J. David Jordan, Circuit Judge

ELECTRONICALLY FILED
3/29/2017 10:33 AM
30-CV-2017-900048.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | | |
|---|---|---|
| WENDELL WARD and <br> RONDA S. WARD <br><br> PLAINTIFFS, <br><br> VS. <br><br> ALEC DANIEL KOTROUS and <br> AMEC FOSTER WHEELER E & C <br> SERVICES, INC.; JOHN DOE; <br> RICHARD ROE; ABC; CDE; FGH, <br> LTD.; IJK, LTD.; LMN CORP.; R; <br> S; T; U; V; W; X; Y AND Z. <br><br> DEFENDANTS. | * * * * * * * * * * * * * * | CASE NO.: CV-17-900048 |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives this, his notice of appearance, as attorney of record for the Plaintiffs in this cause.

Done this 29th day of March, 2017.

/s/Michael D. Godwin
Michael D. Godwin
Otts, Moore, Coale, Godwin, Stearns & Darby
P.O. Box 467
Brewton, AL 36427
(251) 867-7724

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served upon the person(s) listed below in the manner described below, this the 29th day of March, 2017:

Alec Douglas Kotrous
1214 Emory Drive
Panama City, FL 32504

☐ by facsimile transmission
☒ by U. S. Mail, properly addressed and postage prepaid
☐ by AJS electronic filing

AMEC FOSTER WHEELER E&C
SERVICES, INC.

☐ by facsimile transmission

C/O CT CORPORATION SYSTEM  
2 N Jackson St  
Montgomery, AL 36104

☒ by U. S. Mail, properly addressed and postage prepaid  
☐ by AJS electronic filing

/s/ Michael D. Godwin  
Michael D. Godwin

ELECTRONICALLY FILED
3/29/2017 10:35 AM
30-CV-2017-900048.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | | |
|---|---|---|
| WENDELL WARD and <br> RONDA S. WARD <br><br> PLAINTIFFS, <br><br> VS. <br><br> ALEC DANIEL KOTROUS and <br> AMEC FOSTER WHEELER E & C <br> SERVICES, INC.; JOHN DOE; <br> RICHARD ROE; ABC; CDE; FGH, <br> LTD.; IJK, LTD.; LMN CORP.; R; <br> S; T; U; V; W; X; Y AND Z. <br><br> DEFENDANTS. | * * * * * * * * * * * * * * * | CASE NO.: CV-17-900048 |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives this, his notice of appearance, as attorney of record for the Plaintiffs in this cause.

Done this 29th day of March, 2017.

/s/Jeffrey Todd Stearns
Jeffrey Todd Stearns
Otts, Moore, Coale, Godwin, Stearns & Darby
P.O. Box 467
Brewton, AL 36427
(251) 867-7724

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served upon the person(s) listed below in the manner described below, this the 29th day of March, 2017:

Alec Douglas Kotrous
1214 Emory Drive
Panama City, FL 32504

☐ by facsimile transmission
☒ by U. S. Mail, properly addressed and postage prepaid
☐ by AJS electronic filing

AMEC FOSTER WHEELER E&C
SERVICES, INC.

☐ by facsimile transmission

C/O CT CORPORATION SYSTEM
2 N Jackson St
Montgomery, AL 36104

☒ by U. S. Mail, properly addressed and postage prepaid
☐ by AJS electronic filing

/s/ Jeffrey Todd Stearns
Jeffrey Todd Stearns

ELECTRONICALLY FILED
4/20/2017 10:46 AM
30-CV-2017-900048.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA CC

WENDELL WARD AND RONDA S. WARD,

    Plaintiffs,

v.

AMEC FOSTER WHEELER E&C SERVICES, INC., ET AL,

    Defendants.

CIVIL ACTION NO: CV-2017-900048

## NOTICE OF APPEARANCE

Comes now Andrew J. Rutens of the law firm Galloway, Wettermark, Everest & Rutens, LLP and files this notice of appearance as counsel for Amec Foster Wheeler E&C Services, Inc. and Alec Kotrous in the above-styled case.

    **s/Andrew J. Rutens**
    ANDREW J. RUTENS  (RUT009)
    arutens@gallowayllp.com
    LAWRENCE M. WETTERMARK  (WET002)
    lwettermark@gallowayllp.com
    MELISSA P. HUNTER   (PIG003)
    mhunter@gallowayllp.com
    GALLOWAY, WETTERMARK, EVEREST
    & RUTENS, LLP
    Post Office Box 16629
    Mobile, Alabama  36616-0629
    PH: (251)476-4493
    FX: (251)479-5566
    *Attorneys for Amec Foster Wheeler E&C Services, Inc. and Alec Kotrous*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following:

    Michael D. Godwin
    Eric James Coale
    Jeffrey T. Sternes

**s/Andrew J. Rutens**

ELECTRONICALLY FILED
4/20/2017 10:48 AM
30-CV-2017-900048.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| WENDELL WARD AND RONDA S. WARD, <br><br> Plaintiffs, <br><br> v. <br><br> AMEC FOSTER WHEELER E&C SERVICES, INC., ET AL, <br><br> Defendants. | CIVIL ACTION NO: CV-2017-900048 |

## NOTICE OF APPEARANCE

Comes now Lawrence M. Wettermark of the law firm Galloway, Wettermark, Everest & Rutens, LLP and files this notice of appearance as counsel for Amec Foster Wheeler E&C Services, Inc. and Alec Kotrous in the above-styled case.

s/Lawrence M. Wettermark
ANDREW J. RUTENS  (RUT009)
arutens@gallowayllp.com
LAWRENCE M. WETTERMARK  (WET002)
lwettermark@gallowayllp.com
MELISSA P. HUNTER   (PIG003)
mhunter@gallowayllp.com
GALLOWAY, WETTERMARK, EVEREST
& RUTENS, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH: (251)476-4493
FX: (251)479-5566
*Attorneys for Amec Foster Wheeler E&C Services, Inc. and Alec Kotrous*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following:

Michael D. Godwin
Eric James Coale
Jeffrey T. Sternes

s/Lawrence M. Wettermark

ELECTRONICALLY FILED
4/20/2017 10:49 AM
30-CV-2017-900048.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY

| | |
|---|---|
| WENDELL WARD AND RONDA S. WARD, <br><br> Plaintiffs, <br> v. <br><br> AMEC FOSTER WHEELER E&C SERVICES, INC., ET AL, <br><br> Defendants. | CIVIL ACTION NO: CV-2017-900048 |

## NOTICE OF APPEARANCE

Comes now Melissa P. Hunter of the law firm Galloway, Wettermark, Everest & Rutens, LLP and files this notice of appearance as counsel for Amec Foster Wheeler E&C Services, Inc. and Alec Kotrous in the above-styled case.

<u>s/Melissa P. Hunter</u>
ANDREW J. RUTENS  (RUT009)
arutens@gallowayllp.com
LAWRENCE M. WETTERMARK  (WET002)
lwettermark@gallowayllp.com
MELISSA P. HUNTER   (PIG003)
mhunter@gallowayllp.com
GALLOWAY, WETTERMARK, EVEREST
& RUTENS, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH: (251)476-4493
FX: (251)479-5566
*Attorneys for Amec Foster Wheeler E&C Services, Inc. and Alec Kotrous*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following:

Michael D. Godwin
Eric James Coale
Jeffrey T. Sternes

<u>s/Melissa P. Hunter</u>

ELECTRONICALLY FILED
4/20/2017 3:59 PM
30-CV-2017-900048.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| WENDELL WARD AND RONDA S. WARD, <br><br> Plaintiffs, <br><br> v. <br><br> AMEC FOSTER WHEELER E&C SERVICES, INC., ET AL, <br><br> Defendants. | CIVIL ACTION NO.: CV-2017-900048 |

## MOTION FOR EXTENSION OF TIME

Comes now counsel for the Defendants, AMEC Foster Wheeler E&C Services, Inc. and Alec Daniel Kotrous, and respectfully requests an additional seven (7) days to file a response to the Plaintiffs' Complaint. In support of said motion, the Defendants show as follows:

1. The Plaintiffs filed their Complaint on March 20, 2017.

2. Defendants were served with the Complaint on March 22, 2017.

3. Defendants' Answer is due to be filed April 21, 2017.

4. Defense counsel was recently retained and is still obtaining and reviewing material related to the case. An extension of seven (7) days is necessary for the Defendants to file an appropriate pleading in response to the Complaint.

5. Defense counsel has confirmed that Plaintiffs' counsel has no objection to the extension.

WHEREFORE, the Defendants respectfully request of the Court an additional seven (7) days to file their Answer to the Plaintiffs' Complaint.

Respectfully submitted:

**s/Andrew J. Rutens**
ANDREW J. RUTENS (RUT009)
arutens@gallowayllp.com
LAWRENCE M. WETTERMARK (WET002)
lwettermark@gallowayllp.com
MELISSA P. HUNTER (PIG003)
mhunter@gallowayllp.com
GALLOWAY, WETTERMARK, EVEREST
 & RUTENS, LLP
Post Office Box 16629
Mobile, Alabama 36616-0629
PH: (251)476-4493
FX: (251)479-5566
*Attorneys for Amec Foster Wheeler E&C Services, Inc. and Alec Kotrous*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following:

Michael D. Godwin
Eric James Coale
Jeffrey T. Sternes

**s/Andrew J. Rutens**
Andrew J. Rutens

ELECTRONICALLY FILED
4/21/2017 8:38 AM
30-CV-2017-900048.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| WARD WENDELL,<br>WARD RONDA S.,<br>Plaintiffs,<br><br>V.<br><br>KOTROUS ALEC DANIEL,<br>AMEC FOSTER WHEELER E&C<br>SERVICES, INC.,<br>Defendants. | )<br>)<br>)<br>)<br>) Case No.:   CV-2017-900048.00<br>)<br>)<br>)<br>)<br>) |

**ORDER**

MOTION FOR EXTENSION OF TIME filed by counsel for the Defendants is hereby GRANTED and they are given a 7 day extension to file the appropriate pleading in response to Plaintiffs' complaint.

**DONE this 21st day of April, 2017.**

/s/ J DAVID JORDAN
**CIRCUIT JUDGE**